OPINION — AG — PERSONS WHO ARE HIRED BY LOCAL SOIL AND WATER CONSERVATION DISTRICTS, AND WHO ALSO WORK UNDER THE SUPERVISION OF SUCH DISTRICTS, ARE DISTRICT EMPLOYEES, REGARDLESS OF THE FACT THAT THEY ARE PAID IN WHOLE OR IN PART OUT OF ANNUAL FIELD APPROPRIATIONS MADE TO THE BOARD. CITE: 2 O.S. 1961 805 [2-805](F), 2 O.S. 1961 803 [2-803](A), 2 O.S. 1961 803 [2-803](B), 2 O.S. 1961 808 [2-808](A) (JAMES FUSON)